Lori J. Sklar (Cal. Bar No. 170218)
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN 55305
E-mail:     lsklar@lorisklar.com
Telephone:  (952) 546-1051
Facsimile:  (952) 516-5353

(Additional Counsel Listed on Signature Page)

Attorneys for Plaintiffs and the Class
BRIAN HEISLER and JEFF GOLSTEIN

Nancy L. Stagg (Cal. Bar No. 157034)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
E-mail:     Stagg@fr.com
Telephone:  (858) 678-4735
Facsimile:  (858) 678-5099

David M. Barkan (Cal. Bar No. 160825)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
E-mail:     Barkan@fr.com
Telephone:  (650) 839-5065
Facsimile:  (650) 839-5071

Attorneys for Defendant
MAXTOR CORPORATION

**E-filed 1/22/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER and JEFF GOLSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAXTOR CORPORATION,<br><br>　　　　　　　Defendant. | Case No. C06-06634 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO HOLD CASE MANAGEMENT CONFERENCE AND TO FILE JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Filed:　　　　October 24, 2006<br>Discovery Cutoff:　None Set<br>Motion Cutoff:　　None Set<br><br>**The Honorable Jeremy Fogel** |

1  Pursuant to Civil L.R. 6-2, Defendant Maxtor Corporation and Plaintiffs Brian Heisler and
2  Jeff Golstein, by and through their respective counsel, hereby stipulate to and request that the Court
3  grant an enlargement of time to hold the Case Management Conference in this case, from February
4  9, 2007 at 10:30 A.M. to March 9, 2007 at 10:30 A.M. (or to the first date and time after March 9,
5  2007 that is convenient to the Court).  The parties also stipulate to and request (i) a related extension
6  of the date for the filing of the Joint Case Management Statement until March 2, 2007 or seven (7)
7  days before the date of the continued Case Management Conference, whichever is later; and (ii) an
8  extension of the date for the parties to hold their Fed. R. Civ. P. Rule 26(f) conference of counsel
9  from January 16, 2007 to on or before February 19, 2007.  The parties make these stipulations and
10 requests for the reasons stated in the accompanying declaration of Nancy L. Stagg.

12 Dated: January 17, 2007            FISH & RICHARDSON P.C.

13                                    By:  s/Nancy L. Stagg
                                           Nancy L. Stagg

15                                    Attorneys for Defendant
                                      MAXTOR CORPORATION

17 Dated: January 17, 2007            SKLAR LAW OFFICES

18                                    By:  s/Lori J. Sklar
                                           Lori J. Sklar

20                                    Attorneys for Plaintiffs and the Class
                                      BRIAN HEISLER and JEFF GOLSTEIN

22 Additional Plaintiffs' Counsel     Jean-Marc Zimmerman
                                      (Admitted Pro Hace Vice)
23                                    ZIMMERMAN, LEVI & KORSINSKY, LLP
                                      226 St. Paul Street
24                                    Westfield, NJ 07090
                                      E-mail:    jmzimmerman@zlk.com
25                                    Telephone: (908) 654-8000
                                      Facsimile: (908) 654-7207

---

1
STIPULATION AND PROPOSED ORDER TO ENLARGE TIME TO HOLD CASE MANAGEMENT CONFERENCE AND
TO FILE JOINT CASE MANAGEMENT STATEMENT
Case No. C06-06634 JF

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the initial Case Management Conference and the Fed. R. Civ. Proc. Rule 26(f) meeting of counsel.

GOOD CAUSE APPEARING, the Case Management Conference previously set for February 9, 2007, is continued to March 9, 2007, at 10:30 A.M. [or insert another date and time, here]. The parties are ordered to hold their Fed. R. Civ. P. Rule 26(f) conference on or before February 19, 2007 and to file their Joint Case Management Conference Statement on or before March 2, 2007.

IT IS SO ORDERED.

Dated: _____ 1/22/07 _____     _____
                                          U.S. District Court Judge
                                          Jeremy Fogel