LORI J. SKLAR (State Bar No. 170218)
lsklar@lorisklar.com
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN 55305
Telephone: (952) 546-1051
Facsimile: (952) 516-5353

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

(Additional Counsel Appearing on Signature Page)

Nancy L. Stagg (Cal. Bar No. 157034)
  stagg@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

David M. Barkan (Cal. Bar No. 160825)
  barkan@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5065
Facsimile: (650) 839-5071

Attorneys for Defendant
MAXTOR CORPORATION

**E-filed 1/22/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Brian Heisler and Jeff Golstein, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>MAXTOR CORPORATION,<br><br>                    Defendant. | Case No. C06-6634 PVT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed: October 24, 2006<br>Trial Date: Not Yet Set |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Maxtor Corporation ("Maxtor") and plaintiffs, by their respective undersigned attorneys of record, as follows:

1. Plaintiffs may, with the Court's approval, file a Second Amended Class Action Complaint for: (1) Violations of California Consumer Legal Remedies Act, Civ. Code §1750, *et seq.*; (2) Violations of California Business & Professional Code Sections 17200 & 17500; (3) Breach of Express Warranty; and (4) Unjust Enrichment, against Maxtor, a copy of which is attached hereto.

2. Maxtor shall have 20 days from the date of entry of the Order on this Stipulation to respond to the Second Amended Complaint.

DATED: January 3, 2007            SKLAR LAW OFFICES

By: /s/Lori J. Sklar
LORI J. SKLAR  (SBN 170218)
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN  55305
Tel: (952) 546-1051
Fax: (952) 516-5353

JEAN-MARC ZIMMERMAN (Admitted Pro hac vice)
ZIMMERMAN, LEVI & KORSINSKY, LLP
226 St. Paul Street
Westfield, NJ 07090
Telephone: (908) 654-8000
Facsimile: (908) 654-7207

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

DATED: January 4, 2007            FISH & RICHARDSON, P.C.

By:     /s/Nancy L. Stagg
NANCY L. STAGG (SBN 157034)
HA TRAN LAPPLE  (SBN 225022)
12390 El Camino Real
San Diego, CA 92130-2081
Tel: (858) 678-5070
Fax: (858) 678-5099

ATTORNEYS FOR DEFENDANT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

January __19__, 2007

_____
Hon. ~~Patricia V. Trumball, U.S.M.J.~~
Jeremy Fogel, United States District Court

**PROOF OF SERVICE**

I am employed in the County of San Diego, my business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On January 4, 2007, I caused a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Lori J. Sklar<br>2234 Sherwood Court<br>Minnetonka, MN 55305 | Attorneys for Plaintiffs<br>BRIAN HEISLER and<br>JEFF GOLSTEIN and the Putative Class |

Jean-Marc Zimmerman
ZIMMERMAN, LEVI & KORSINSKY, LLP
226 St. Paul Street
Westfield, NJ 07090

| | | |
|---|---|---|
| ☐ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☐ | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☒ | **BY CM/ECF:** | I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Northern District of California. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

Case No. C06-6634 PVT

1

2   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

3   I declare under penalty of perjury that the above is true and correct. Executed on January 4, 2007, at San Diego, California.

4

5                                                                                      *Catherine M. Campbell*
                                                                                        Catherine M. Campbell

6   10687527.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28