**E-filed 3/7/07**

1  Nancy L. Stagg (SBN 157034)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California 92130-2081
3  E-mail:      Stagg@fr.com
   Telephone:   (858) 678-4735
4  Facsimile:   (858) 678-5099

5  David M. Barkan (SBN 160825)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, California 94063
7  E-mail:      Barkan@fr.com
   Telephone:   (650) 839-5065
8  Facsimile:   (650) 839-5071

9  Attorneys for Defendant
   MAXTOR CORPORATION
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

| | |
|---|---|
| 15  BRIAN HEISLER and JEFF GOLSTEIN, on behalf of themselves and all others similarly 16  situated, | No. C06-6634-JF (PVT) |
| 17                        Plaintiffs, | **REQUEST OF MAXTOR CORPORATION'S LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT MARCH 9, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a)]; AND** |
| 18               v. | |
| 19  MAXTOR CORPORATION, a Delaware corporation, | |
| 20                        Defendant. | [~~PROPOSED~~] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CMC** |
| 21 | |
| 22 | CMC Date:   March 9, 2007 |
| 23 | CMC Time:   10:30 A.M.<br>Courtroom:  3 |
| 24 | **The Honorable Jeremy Fogel** |

25

26      Pursuant to Civil Local Rule 16-10(a), lead counsel for Defendant Maxtor Corporation

27  ("Maxtor"), Nancy L. Stagg ("Attorney Stagg"), requests the Court's permission to participate in

28  the March 9, 2007 initial case management conference by telephone.

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)

1 | the March 9, 2007 initial case management conference by telephone.

2 | This request is made on the grounds that Attorney Stagg's pre-existing trial and mediation commitments (she is currently trailing to begin a trial expected to last 5 days in Los Angeles County Superior Court and is scheduled to begin preparations on March 8, 2007 for a day-long mediation in another, unrelated case in San Diego, California, to take place on March 12, 2007) do not allow her to travel to the Court's location at 280 South 1st Street, San Jose, CA 95113 from her office in San Diego, California, to attend the initial case management conference.

The name, address, and telephone number of each attorney representing a party is set forth in the attached proof of service.

This request is and will be based on this application, the accompanying declaration of Nancy L. Stagg setting forth the proper notice and facts supporting this matter, the proposed order, and all pleadings and papers on file in this action.

Dated: February 28, 2007

FISH & RICHARDSON P.C.

By: _____
    Nancy L. Stagg

Attorneys for Defendant
MAXTOR CORPORATION

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)

## ORDER

The Court has reviewed and considered the Request of Maxtor Corporation's Lead Counsel for Permission to Appear Telephonically at the March 9, 2007 Case Management Conference.

GOOD CAUSE APPEARING, Attorney Nancy L. Stagg's request to appear telephonically at the initial case management conference on behalf of Defendant Maxtor Corporation in this action is hereby granted.

IT IS SO ORDERED.

Dated: 3/7/07

UNITED STATES DISTRICT COURT JUDGE
JEREMY FOGEL

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 28, 2007, I caused a copy of the following document(s):

**REQUEST OF MAXTOR CORPORATION'S LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE MARCH 9, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a)]; AND**

**[PROPOSED] ORDER**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Lori J. Sklar<br>Sklar Law Offices<br>2234 Sherwood Court<br>Minnetonka, MN 55305<br>Telephone: (952) 546-1051<br>Facsimile: (952) 516-5353 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |
| Jean-Marc Zimmerman, Esq.<br>Zimmerman, Levi & Korsinsky, LLP<br>226 St. Paul Street<br>Westfield, NJ 07090<br>Telephone: (908) 654-8000<br>Facsimile: (908) 654-7207 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |
| Lee A. Sherman, Esq.<br>Robert Thompson, Esq.<br>Callahan McCune & Willis<br>111 Fashion Lane<br>Tustin, CA 92680<br>Telephone: (714) 730-7500<br>Facsimile: (714) 730-1642 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |

[XX]   **BY CM/ECF:**   I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

[ ]   **MAIL:**   Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose

---

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)

1 | direction the service was made.

2 |     I declare under penalty of perjury that the above is true and correct. Executed on February 28, 2007, at San Diego, California.

*Catherine M. Campbell*
Catherine M. Campbell

10712883.doc

---

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)