UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, et al., ) | Case No.: C 06-6634 JF (PVT) |
| Plaintiffs, ) | **ORDER DIRECTING DEFENDANT TO PROPERLY NOTICE ITS MOTION FOR ENTRY OF A PROTECTIVE ORDER** |
| v. ) | |
| MAXTOR CORPORATION, ) | |
| Defendant. ) | |

On May 15, 2007, Defendant filed a document erroneously entitled a "Motion for Administrated Relief Pursuant to Civil Local Rule 7-11."[1] Based on the moving papers,

IT IS HEREBY ORDERED that Defendant shall promptly serve and file a proper notice of motion pursuant to Local Rule 7-2(a) for its motion for entry of a protective order. Local Rule 7-11, cited by Defendant, does not apply to motions for protective orders. Local Rule 7-11 by its terms applies only to "miscellaneous administrative matters, *not otherwise governed by a* federal statute, *Federal or local rule* or standing order of the assigned judge." Because protective orders are governed by a federal rule (F.R.C.P. 26(c)), Local Rule 7-11 is inapplicable. If Defendant believes the motion should be heard on shortened time, it must comply with the requirements of Local Rule 6.

Dated: *5/16/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*