\*\*8/28/07

LORI J. SKLAR (State Bar No. 170218)
lsklar@lorisklar.com
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN  55305
Telephone: (952) 546-1051
Facsimile: (952) 516-5353

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS

(Additional Counsel Appearing on
Signature Page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Brian Heisler, Roger Combs, Rob Temple, Thomas Traub, and Jody Agerton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | JF/<br>Case No. C06-6634 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF THIRD AMENDED COMPLAINT**<br><br><br><br>Complaint Filed: October 24, 2006<br>Trial Date: Not Yet Set |

IT IS HEREBY STIPULATED AND AGREED by and between defendant Maxtor Corporation ("Maxtor") and Plaintiffs, by their respective undersigned attorneys of record, as follows:

1.  Plaintiffs may, with the Court's approval, file a Third Amended Class Action Complaint for: (1) Violations of California Consumer Legal Remedies Act, Civ. Code §1750, *et seq.*; (2) Violations of California Business & Professional Code Sections 17200 & 17500; (3) Breach of Express Warranty; and (4) Unjust Enrichment, against Maxtor, a copy of which is attached hereto.

1

1  2.   Maxtor shall have 20 days from the date of entry of the Order on this Stipulation to
2  respond to the Third Amended Complaint. If Maxtor does not file a response to the Third Amended
3  Complaint within this time period, Maxtor's Answer to the Second Amended Complaint shall be
4  deemed its response to Plaintiffs' Third Amended Complaint.

5  DATED: July 31, 2007        SKLAR LAW OFFICES

6                              By: ___/s/ Lori J. Sklar___
                                LORI J. SKLAR (SBN 170218)
7                               lsklar@lorisklar.com
                                2234 Sherwood Court
8                               Minnetonka, MN 55305
                                (952) 546-1051
9                               (952) 516-5353

10                              ZIMMERMAN, LEVI & KORSINSKY, LLP
                                Jean-Marc Zimmerman (Admitted pro hac vice)
11                              jmzimmerman@zlk.com
                                226 St. Paul Street
12                              Westfield, NJ 07090
                                Telephone: (908) 654-8000
13                              Facsimile:  (908) 654-7207

14                              CALLAHAN, MCCUNE & WILLIS, APLC
                                Lee A. Sherman (SBN 172198)
15                              lee_sherman@cmwlaw.net
                                Robert W. Thompson (SBN 106411)
16                              robert_thompson@cmwlaw.net
                                111 Fashion Lane
17                              Tustin, California 92780
                                Telephone:   (714) 730-5700
18                              Facsimile:   (714) 730-1642

19                              ATTORNEYS FOR PLAINTIFFS AND THE CLASS

20  DATED: ~~July 31~~, 2007   FISH & RICHARDSON, P.C.
21         8/9/07

22                              By: ___/s/ Nancy L. Stagg___
                                Nancy L. Stagg (SBN 157034)
                                Stagg@fr.com
23                              12390 El Camino Real
                                San Diego, CA 92130-2081
24                              Tel: 858 678-5070
                                Fax: (858) 678-5099
25
                                ATTORNEYS FOR DEFENDANT
26

27

28

2

1

**ORDER**

2  Good cause appearing, it is SO ORDERED.

3

4  August 27, 2007

_____
Hon. ~~Patricia V. Trumball, U.S.M.J.~~ Jeremy Fogel
United States District Judge

3