**E-filed 9/27/07**

| | |
|---|---|
| SKLAR LAW OFFICES | CALLAHAN, McCUNE & WILLIS, APLC |
| LORI J. SKLAR (State Bar No. 170218) | Lee A. Sherman (SBN 172198) |
| lsklar@lorisklar.com | lee_sherman@cmwlaw.net |
| 2234 Sherwood Court | Robert W. Thompson (SBN 106411) |
| Minnetonka, MN  55305 | robert_thompson@cmwlaw.net |
| Tel:  (952) 546-1051 | 111 Fashion Lane |
| Fax: (952) 516-5353 | Tustin, California 92780 |
| | Tel: (714) 730-5700 |
| ZIMMERMAN, LEVI & KORSINSKY, LLP | Fax: (714) 730-1642 |
| Jean-Marc Zimmerman (Adm. pro hac vice) | |
| jmzimmerman@zlk.com | |
| 226 St. Paul Street | |
| Westfield, NJ 07090 | |
| Tel: (908) 654-8000 | |
| Fax: (908) 654-7207 | |

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROGER COMBS, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C06-6634-JF (PVT)<br><br>**REQUEST OF PLAINTIFFS' LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT SEPTEMBER 28, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a); AND**<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC**<br><br>**CMC DATE: September 28, 2007**<br>**CMC Time:   10:30 a.m.**<br>**Courtroom:    3**<br><br>**The Honorable Jeremy Fogel**<br>**The Honorable Patricia V. Trumbull** |

Pursuant to Civil Local Rule 16-10(a), lead counsel for Plaintiffs Brian Heisler, Roger Combs, Rob Temple, Thomas Traub, And Jody Agerton, Lori J. Sklar ("Attorney Sklar"), requests the Court's permission to participate in the September 28, 2007 case management conference by telephone.

1

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)

1  This request is made on the grounds that Attorney Sklar's pre-existing commitment that
2  does not allow her to travel to the Court's location at 280 South 1st Street, San Jose, CA  95113
3  from her office in Minnetonka, Minnesota, to attend the case management conference.

The name, address, and telephone number of each attorney representing a party is set forth in the attached proof of service.

This request is and will be based on this application, the accompanying declaration of Lori J. Sklar setting forth the proper notice and facts supporting this matter, the proposed order, and all pleadings and papers on file in this action.

Dated:  September 20, 2007            SKLAR LAW OFFICES

By:    /s/ Lori J. Sklar
LORI J. SKLAR

Attorney For Plaintiffs Brian Heisler, Roger Combs, Rob Temple, Thomas Traub, And Jody Agerton

# **ORDER**

The Court has reviewed and considered the Request of Plaintiffs' Lead Counsel for Permission to Appear Telephonically at the September 28, 2007 Case Management Conference.

GOOD CAUSE APPEARING, Attorney Lori J. Sklar's request to appear telephonically at the case management conference on behalf of Plaintiffs Brian Heisler, Roger Combs, Rob Temple, Thomas Traub, And Jody Agerton in this action is hereby granted.  The parties are directed to set up the telephonic appearance with Court Call in advance of the hearing date. (866-582-6878)

IT IS SO ORDERED.

DATED: __9/27/07_____          _____
                                  UNITED STATES DISTRICT COURT JUDGE
                                  JEREMY FOGEL

# PROOF OF SERVICE

I am employed in the County of Hennepin. My business address is Sklar Law Offices, 2234 Sherwood Court, Minnetonka, Minnesota 55305. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for e-mailing, mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On September 20, 2007, I caused a copy of the following document(s):

**REQUEST OF PLAINTIFFS' LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT SEPTEMBER 28, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a); AND**

**[PROPOSED] ORDER**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Nancy L. Stagg<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>E-mail:    Stagg@fr.com<br>Telephone: (858) 678-4735<br>Facsimile:    (858) 678-5099 | Attorneys for Defendant Maxtor Corporation |

| | | |
|---|---|---|
| _X_ | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |

_X_  **BY CM/ECF:** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on September 20, 2007, at Minnetonka, Minnesota.

/s/  Richard Goldstein
Richard Goldstein

---

4

PROOF OF SERVICE - REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)