**E-filed 10/3/07**

1  ROBERT W. THOMPSON, Esq. (SBN 106411)
   LEE A. SHERMAN, Esq.        (SBN 172198)
2  **CALLAHAN, McCUNE & WILLIS, APLC**
   111 Fashion Lane
3  Tustin, California 92780-3397
   Tel    :      (714)  730-5700
4  Fax    :      (714)  730-1642
   Email : robert_thompson@cmwlaw.net
5          Lee_sherman@cmwlaw.net

6  LORI J. SKLAR Esq.  (SBN 170218)
   **SKLAR LAW OFFICES**
7  2234 Sherwood Court
   Minnetonka, MN  55305
8  Tel    :      (952) 546-1051
   Fax    :      (952) 516-5353
9
   JEAN-MARC SIMMERMAN (Admitted Pro Hace Vice)
10 **ZIMMERMAN, LEVI & KORSINSKY, LLP**
   226 St. Paul Street
11 Westfield, NJ 07090
   Tel    :      (908) 654-8000
12 Fax    :      (908) 654-7207
   Email  :      jmzimmerman@zlk.com
13
   Attorneys for Plaintiff,
14 **BRIAN HEISLER, ROGER COMBS, ROB TEMPLE,
   THOMAS TRAUB, AND JODY AGERTON, individually**
15 **and on behalf of all others similarly situated**

16

17                  UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20 BRIAN HEISLER, ROGER COMBS,      ) Case No.:  C06-6634 PVT
21 ROB TEMPLE, THOMAS TRAUB, AND    )
   JODY AGERTON, individually and on ) **CLASS ACTION**
22 behalf of all others similarly situated, )
                                    ) **STIPULATION TO REMOVE**
23                                  ) **PLAINTIFF, DR. ROBERT**
                                    ) **OSDYCKE AS A PUTATIVE**
24          Plaintiffs,             ) **CLASS REPRESENTATIVE IN**
                                    ) **THIS ACTION**
25     vs.                          )
                                    )
26 MAXTOR CORPORATION, a Delaware   )
   corporation                      ) DISCOVERY CUT OFF: NONE
27                                  ) MOTION CUT OFF:     NONE
                                    ) MSC DATE:           NONE
28          Defendant.              ) TRIAL DATE:         NONE
                                   -)

- 1 -

1    TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF

2  RECORD HEREIN:

3    IT IS HEREBY STIPULATED by and between the parties through their

4  attorney's of record herein that Plaintiff DR. ROBERT OSDYCKE is hereby

5  removed from this action as a class representative.

6  DATED: September 26, 2007                     CALLAHAN, McCUNE & WILLIS, APLC

7                                                By

8                                                ROBERT W. THOMPSON
                                                 LEE A. SHERMAN
9                                                Attorneys for Plaintiff,
                                                 **BRIAN HEISLER, ROGER COMBS,**
10                                               **ROB TEMPLE, THOMAS TRAUB,**
                                                 **AND JODY AGERTON, individually**
11                                               **and on behalf of all others similarly**
                                                 **situated**

12

13  DATED:                                       FISH & RICHARDSON, P.C.

14        9/27/07

15                                               By
                                                 NANCY L. STAGG
16                                               Attorney for Defendant,
                                                 **MAXTOR CORPORATION**

17

18  IT IS SO ORDERED:

19     10/2/07

20

21     The Honorable Patricia V. Trumbull
       UNITED STATES MAGISTRATE JUDGE

22     Judge Jeremy Fogel, US District Court

23

24  G:\PLF\070001\Pldgs\P-Dismissal.Osdycke.doc

25

26

27

28                                              - 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     )
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**STIPULATION TO REMOVE PLAINTIFF, DR. ROBERT OSDYCKE AS A PUNTATIVE CLASS REPRESENTATIVE IN THIS ACTION**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

 XX   (By Mail)  I deposited such envelope in the mail at Tustin, California.  The envelope was mailed with postage thereon fully prepaid.

_____   (By Facsimile)  In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

_____   (By Personal Service)  Such envelope was delivered by hand to the below addressee.

_____   (By Overnight Mail)  I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on October 1, 2007, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Angela M Peterson_
ANGELA M. PETERSON

**SEE ATTACHED MAILING LIST**

- 1 -

1

## MAILING LIST

2

3

**Case Name** : HEISLER, BRIAN, ET AL. V. MAXTOR CORPORATION
**Court** : NORTHERN DISTRICT COURT, SAN JOSE DIVISION
**Case Number** : C06-6634 PVT

4

5

Nancy L. Stagg, Esq.
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Direct: 858 678-4735
Tel:: 858 678-5070
Fax: 858 678-5099
Stagg@fr.com

Attorney for Defendant, **MAXTOR CORPORATION**

6

7

8

9

10

David M. Barkan, Esq.
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5065
Fax: (650) 839-5071
Barkan@fr.com

Attorney for Defendant, **MAXTOR CORPORATION**

11

12

13

14

Lori J. Sklar, Esq.
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN  55305
Tel (952) 546-1051
Fax (952) 516-5353
lsklar@lorisjlar.com

Attorney for Plaintiffs and the Class

15

16

17

18

Jean-Marc Zimmerman, Esq.
ZIMMERMAN, LEVI &
 KORSINSKY, LLP
226 St. Paul St.
Westfiled, NJ  07090
Tel (908) 654-8000
Fax (908) 654-7207
jmzimmerman@zlk.com

Attorney for Plaintiffs and the Class

19

20

21

22

23

24

25

26

27

28