ROBERT W. THOMPSON, Esq. (SBN 106411)
LEE A. SHERMAN, Esq.      (SBN 172198)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel   :      (714) 730-5700
Fax   :      (714) 730-1642
Email : robert_thompson@cmwlaw.net
        Lee_sherman@cmwlaw.net

LORI J. SKLAR Esq.  (SBN 170218)
**SKLAR LAW OFFICES**
2234 Sherwood Court
Minnetonka, MN  55305
Tel   :      (952) 546-1051
Fax   :      (952) 516-5353

JEAN-MARC SIMMERMAN (Admitted Pro Hace Vice)
**ZIMMERMAN, LEVI & KORSINSKY, LLP**
226 St. Paul Street
Westfield, NJ 07090
Tel   :      (908) 654-8000
Fax   :      (908) 654-7207
Email :      jmzimmerman@zlk.com

Attorneys for Plaintiff,
**BRIAN HEISLER, ROGER COMBS, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON**, individually and on behalf of all others similarly situated

**E-filed 10/3/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROGER COMBS, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXTOR CORPORATION, a Delaware corporation<br><br>Defendant. | Case No.: C06-6634 PVT<br><br>**CLASS ACTION**<br><br>**STIPULATION TO REMOVE PLAINTIFF, JEFF GOLSTEIN AS A PUTATIVE CLASS REPRESENTATIVE IN THIS ACTION**<br><br>DISCOVERY CUT OFF: NONE<br>MOTION CUT OFF:   NONE<br>MSC DATE:         NONE<br>TRIAL DATE:       NONE |

- 1 -

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

IT IS HEREBY STIPULATED by and between the parties through their attorney's of record herein that Plaintiff JEFF GOLSTEIN is hereby removed from this action as a class representative.

DATED: September 26, 2007

CALLAHAN, McCUNE & WILLIS, APLC

By _____
ROBERT W. THOMPSON
LEE A. SHERMAN
Attorneys for Plaintiff,
BRIAN HEISLER, ROGER COMBS, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated

DATED: 9/26/2007

FISH & RICHARDSON, P.C.

By _____
NANCY L. STAGG
Attorney for Defendant,
MAXTOR CORPORATION

IT IS SO ORDERED:
10/2/07

~~The Honorable Patricia V. Trumbull~~
~~UNITED STATES MAGISTRATE JUDGE~~

Judge Jeremy Fogel, US District Court

G:\PLF\070001\Pldgs\P-Dismissal.Golstein.doc

- 2 -

STIPULATION TO REMOVE PLAINTIFF, JEFF GOLSTEIN AS A
PUTATIVE CLASS REPRESENTATIVE IN THIS ACTION

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**STIPULATION TO REMOVE PLAINTIFF, JEFF GOLSTEIN AS A PUNTATIVE CLASS REPRESENTATIVE IN THIS ACTION**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__XX__ (By Mail) I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid.

_____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

_____ (By Personal Service) Such envelope was delivered by hand to the below addressee.

_____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on October 1, 2007, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Angela M Peterson*
ANGELA M. PETERSON

**SEE ATTACHED MAILING LIST**

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MAILING LIST

**Case Name**   : HEISLER, BRIAN, ET AL. V. MAXTOR CORPORATION
**Court**       : NORTHERN DISTRICT COURT, SAN JOSE DIVISION
**Case Number** : C06-6634 PVT

| | |
|---|---|
| Nancy L. Stagg, Esq.<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br>Direct: 858 678-4735<br>Tel:: 858 678-5070<br>Fax: 858 678-5099<br>Stagg@fr.com | Attorney for Defendant, **MAXTOR CORPORATION** |
| David M. Barkan, Esq.<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 839-5065<br>Fax: (650) 839-5071<br>Barkan@fr.com | Attorney for Defendant, **MAXTOR CORPORATION** |
| Lori J. Sklar, Esq.<br>SKLAR LAW OFFICES<br>2234 Sherwood Court<br>Minnetonka, MN  55305<br>Tel (952) 546-1051<br>Fax (952) 516-5353<br>lsklar@lorisjlar.com | Attorney for Plaintiffs and the Class |
| Jean-Marc Zimmerman, Esq.<br>ZIMMERMAN, LEVI & KORSINSKY, LLP<br>226 St. Paul St.<br>Westfiled, NJ 07090<br>Tel (908) 654-8000<br>Fax (908) 654-7207<br>jmzimmerman@zlk.com | Attorney for Plaintiffs and the Class |