*efiled 11/29/07

| | |
|---|---|
| SKLAR LAW OFFICES<br>LORI J. SKLAR (State Bar No. 170218)<br>lsklar@lorisklar.com<br>2234 Sherwood Court<br>Minnetonka, MN  55305<br>Tel:  (952) 546-1051<br>Fax: (952) 516-5353<br><br>ZIMMERMAN, LEVI & KORSINSKY, LLP<br>Jean-Marc Zimmerman (Adm. pro hac vice)<br>jmzimmerman@zlk.com<br>226 St. Paul Street<br>Westfield, NJ 07090<br>Tel: (908) 654-8000<br>Fax: (908) 654-7207 | CALLAHAN, McCUNE & WILLIS, APLC<br>Lee A. Sherman (SBN 172198)<br>lee_sherman@cmwlaw.net<br>Robert W. Thompson (SBN 106411)<br>robert_thompson@cmwlaw.net<br>111 Fashion Lane<br>Tustin, California 92780<br>Tel: (714) 730-5700<br>Fax: (714) 730-1642 |

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C06-6634-JF (PVT)<br><br>**REQUEST OF PLAINTIFFS' LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a); AND**<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC**<br><br>**CMC DATE: November 30, 2007**<br>**CMC Time:   10:30 a.m.**<br>**Courtroom:    3**<br><br>**The Honorable Jeremy Fogel**<br>**The Honorable Patricia V. Trumbull** |

Pursuant to Civil Local Rule 16-10(a), co-lead counsel for Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, and Jody Agerton, Lori J. Sklar ("Attorney Sklar"), requests the Court's permission to participate in the November 30, 2007 case management conference by telephone.

This request is made on the grounds that Plaintiffs' co-counsel, Callahan, McCune & Willis, will be personally attending the case management conference.

The name, address, and telephone number of each attorney representing a party is set forth in the attached proof of service.

This request is and will be based on this application, the accompanying declaration of Lori J. Sklar setting forth the proper notice and facts supporting this matter, the proposed order, and all pleadings and papers on file in this action.

Dated:  November 19, 2007       SKLAR LAW OFFICES

By:   /s/ Lori J. Sklar

LORI J. SKLAR

Attorney For Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, And Jody Agerton

**ORDER**

The Court has reviewed and considered the Request of Plaintiffs' counsel for Permission to Appear Telephonically at the November 30, 2007 Case Management Conference.

GOOD CAUSE APPEARING, Attorney Lori J. Sklar's request to appear telephonically at the case management conference on behalf of Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, And Jody Agerton in this action is hereby granted.

IT IS SO ORDERED.  Counsel are directed to call CourtCall at 866-582-6878.

DATED:  11/28/07

_____
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I am employed in the County of Hennepin. My business address is Sklar Law Offices, 2234 Sherwood Court, Minnetonka, Minnesota 55305. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for e-mailing, electronically mailing, mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 19, 2007, I caused a copy of the following document(s):

**REQUEST OF PLAINTIFFS' COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a); AND**

**[PROPOSED] ORDER**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Nancy L. Stagg | Attorneys for Defendant Maxtor Corporation |
| FISH & RICHARDSON P.C. | |
| 12390 El Camino Real | |
| San Diego, California 92130 | |
| E-mail:    Stagg@fr.com | |
| Telephone: (858) 678-4735 | |
| Facsimile:     (858) 678-5099 | |

[ ]  **MAIL:**  Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[X]  **ELECTRONIC MAIL:**  Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

_X_  **BY CM/ECF:**  I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on November 19, 2007, at Minnetonka, Minnesota.

/s/  Susan Goldstein<br>Susan Goldstein