*efiled 11/29/07

Nancy L. Stagg (SBN 157034)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California  92130-2081
E-mail:        Stagg@fr.com
Telephone:     (858) 678-4735
Facsimile:     (858) 678-5099

David M. Barkan (SBN 160825)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
E-mail:        Barkan@fr.com
Telephone:     (650) 839-5065
Facsimile:     (650) 839-5071

Attorneys for Defendant
MAXTOR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER and JEFF GOLSTEIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAXTOR CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendant. | No. C06-6634-JF (PVT)<br><br>**REQUEST OF MAXTOR CORPORATION'S LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a)]; AND**<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CMC**<br><br>CMC Date:　　November 30, 2007<br>CMC Time:　　10:30 a.m.<br>Courtroom:　　3<br><br>**The Honorable Jeremy Fogel** |

　　　Pursuant to Civil Local Rule 16-10(a), lead counsel for Defendant Maxtor Corporation ("Maxtor"), Nancy L. Stagg ("Attorney Stagg"), requests the Court's permission to participate in the November 30, 2007 case management conference by telephone.

/ / /

1      This request is made on the grounds that Attorney Stagg's pre-existing commitments do
2  not allow her to travel to the Court's location at 280 South 1st Street, San Jose, CA 95113 from
3  her office in San Diego, California, to attend the case management conference.
4      The name, address, and telephone number of each attorney representing a party is set forth
5  in the attached proof of service.
6      This request is and will be based on this application, the accompanying declaration of
7  Nancy L. Stagg setting forth the proper notice and facts supporting this matter, the proposed order,
8  and all pleadings and papers on file in this action.

10  Dated: November 21, 2007        FISH & RICHARDSON P.C.

12          By: */s/ Nancy L. Stagg*
           Nancy L. Stagg

        Attorneys for Defendant
        MAXTOR CORPORATION

---

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)

**ORDER**

The Court has reviewed and considered the Request of Maxtor Corporation's Lead Counsel for Permission to Appear Telephonically at the November 30, 2007 Case Management Conference.

GOOD CAUSE APPEARING, Attorney Nancy L. Stagg's request to appear telephonically at the case management conference on behalf of Defendant Maxtor Corporation in this action is hereby granted.

IT IS SO ORDERED. Counsel are directed to call CourtCall at 866-582-6878.

Dated: 11/28/07

UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 21, 2007, I served a copy of the following document(s):

**REQUEST OF MAXTOR CORPORATION'S LEAD COUNSEL FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE NOVEMBER 30, 2007 CASE MANAGEMENT CONFERENCE [CIVIL L.R. 16-10(a)]; AND**

**[PROPOSED] ORDER**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Lori J. Sklar<br>Sklar Law Offices<br>2234 Sherwood Court<br>Minnetonka, MN 55305<br>Telephone: (952) 546-1051<br>Facsimile: (952) 516-5353 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |
| Jean-Marc Zimmerman, Esq.<br>Zimmerman, Levi & Korsinsky, LLP<br>226 St. Paul Street<br>Westfield, NJ 07090<br>Telephone: (908) 654-8000<br>Facsimile: (908) 654-7207 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |
| Lee A. Sherman, Esq.<br>Robert Thompson, Esq.<br>Callahan McCune & Willis<br>111 Fashion Lane<br>Tustin, CA 92680<br>Telephone: (714) 730-7500<br>Facsimile: (714) 730-1642 | Attorney for Plaintiffs<br>Brian Heisler and Jeff Golstein |

☐ **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

| | | |
|---|---|---|
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| XX | **CM/ECF** | Such document(s) was sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Northern District of California. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on November 21, 2007, at San Diego, California.

_____
Janet L. Langrehr

10789780.doc

---

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
Case No. C06-6634-JF (PVT)