*efiled 11/29/07

| | |
|---|---|
| SKLAR LAW OFFICES | CALLAHAN, MCCUNE & WILLIS, APLC |
| LORI J. SKLAR (State Bar No. 170218) | Lee A. Sherman (SBN 172198) |
| lsklar@lorisklar.com | lee_sherman@cmwlaw.net |
| 2234 Sherwood Court | Robert W. Thompson (SBN 106411) |
| Minnetonka, MN 55305 | robert_thompson@cmwlaw.net |
| Tel: (952) 546-1051 | 111 Fashion Lane |
| Fax: (952) 516-5353 | Tustin, California 92780 |
| | Tel: (714) 730-5700 |
| ZIMMERMAN, LEVI & KORSINSKY, LLP | Fax: (714) 730-1642 |
| Jean-Marc Zimmerman (Adm. pro hac vice) | |
| jmzimmerman@zlk.com | |
| 226 St. Paul Street | |
| Westfield, NJ 07090 | |
| Tel: (908) 654-8000 | |
| Fax: (908) 654-7207 | |

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROGER COMBS, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C06-6634-JF (PVT)<br><br>**REQUEST OF PLAINTIFFS' COUNSEL JEAN-MARC ZIMMERMAN FOR PERMISSION TO APPEAR TELEPHONICALLY AT NOVEMBER 30, 2007 CASE MANAGEMENT (CMC) CONFERENCE [CIVIL L.R. 16-10(a)]; AND**<br><br>[PROPOSED] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC**<br><br>**CMC DATE: November 30, 2007**<br>**CMC Time:   10:30 a.m.**<br>**Courtroom:    3**<br><br>**The Honorable Jeremy Fogel**<br>**The Honorable Patricia V. Trumbull** |

1   Pursuant to Local Civil Rule 16-10(a), counsel for Plaintiffs Brian Heisler et al.,
2   Jean-Marc Zimmerman ("Zimmerman"), request the Court's permission to participate in
3   the November 30, 2007 case management conference by telephone.
4   The name, addresses and telephone numbers of each attorney representing a party
5   is set forth in the attached proof of service.
6   This request is made on the grounds that Attorney Zimmerman has a pre-existing
7   family commitment will prevent him from traveling to the Court's location at 280 South
8   1st Street, San Jose, CA, 95113 from his office in Westfield, NJ to attend the case
9   
10  management conference.
11  This request is and will be based on this application, the accompanying
12  declaration of Jean-Marc Zimmerman setting forth the proper notice and facts supporting
13  this matter, the proposed order, and all pleadings and papers on file in this action.
14  
15  
16  Dated: November 26, 2007
17                                              By:/s/Jean-Marc Zimmerman
                                                Jean-Marc Zimmerman (Adm. Pro Hac Vice)
18                                              ZIMMERMAN, LEVI & KORSINSKY, LLP
                                                226 St. Paul Street
19                                              Westfield, NJ 07090
                                                Tel: (908) 654-8000
20                                              Fax: (908) 654-7207
21                                              ATTORNEYS FOR PLAINTIFFS

## **ORDER**

The Court has reviewed and considered the Request of Plaintiffs' Counsel Jean-marc Zimmerman for Permission to Appear Telephonically at the November 30, 2007 Case Management Conference.

**GOOD CAUSE APPEARING**, Attorney Zimmerman's request to appear telephonically at the case management conference on behalf of Plaintiffs Brian Heisler et al. is hereby granted

**IT IS SO ORDERED**. Counsel are directed to call CourtCall at 866-582-6878.

DATED: 11/28/07

Hon. Jeremy Fogel, U.S.D.J.

# **PROOF OF SERVICE**

On November 26, 2007, I caused a copy of the following documents:

REQUEST OF PLAINTIFFS' COUNSEL JEAN-MARC ZIMMERMAN FOR PERMISSION TO APPEAR TELEPHONICALLY AT NOVEMBER 30, 2007 CASE MANAGEMENT (CMC) CONFERENCE [CIVIL L.R. 16- 10(a)]; and

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC

to be served on the interested parties in this action by placing a true and correct copy thereof , enclosed in a sealed envelope, sent by First Class Mail, addressed to:

| | |
|---|---|
| Nancy L. Stagg, Esq.<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Tel: (858) 678-4735<br>Fax: (858) 678-5099 | Attorney for Defendant<br>Maxtor Corporation |

I also caused such documents to be sent via electronic mail through the Case Management/Electronic Case File System of the U.S. District Court for the Northern District of California to Ms. Stagg and the following attorneys:

| | |
|---|---|
| Lori J. Skalr, Esq.<br>Sklar Law Offices<br>2234 Sherwood Court<br>Minnetonka, MN  55305<br>Tel: (952) 546-1051<br>Fax: (952) 516-5353 | Attorney for Plaintiffs<br>Brian Heisler et al. |
| Lee A. Sherman, Esq.<br>Callahan, McCune & Willis, APLC<br>111 Fashion Lane<br>Tustin, California 92780<br>Tel: (714) 730-5700<br>Fax: (714) 730-1642 | Attorney for Plaintiffs<br>Brian Heisler et al. |

I declare under penalty of perjury that the above is true and correct. Executed on September 21, 2007, at Westfield, NJ.

/s/Jean-Marc Zimmerman
Jean-Marc Zimmerman