LORI J. SKLAR (SBN 170218)
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN 55305
E-mail: lsklar@lorisklar.com
Telephone: (952) 546-1051
Facsimile: (952) 516-5353

LEE A. SHERMAN, Esq. (SBN 172198)
CALLAHAN, MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, CA 92780
E-mail: lee_sherman@cmwlaw.net
Telephone: (714) 730-5700
Facsimile: (714) 730-1642

JONATHAN SHUB (SBN 237708)
SEEGER WEISS, LLP
1515 Market Street, Suite 1515
Philadelphia, PA 19102
E-mail: jshub@seegerweiss.com
Telephone (215) 564-2300
Facsimile (215) 851-8029

ATTORNEYS FOR PLAINTIFFS

NANCY L. STAGG (SBN 157034)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
E-mail:        Stagg@fr.com
Telephone:  (858) 678-4735
Facsimile:   (858) 678-5099

ATTORNEYS FOR DEFENDANT MAXTOR CORPORATION

**\*\*E-Filed 4/21/09\*\***

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Brian Heisler, Rob Temple, Thomas Traub, and Jody Agerton, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MAXTOR CORPORATION,<br><br>　　　　　Defendant. | **Case No. C06-6634-JF (PVT)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO HOLD CASE MANAGEMENT CONFERENCE**<br><br>Case Filed:　　　　October 24, 2006<br>Discovery Cutoff:　None Set<br>Motion Cutoff:　　None Set<br><br>**The Honorable Jeremy Fogel**<br>**Courtroom 3** |

Pursuant to Civil L.R. 6-2, Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, and Jody Agerton and Defendant Maxtor Corporation, by and through their respective counsel, hereby stipulate to and request that the Court grant an enlargement of time to hold the Case Management Conference in this case, from May 1, 2009 at 10:30 a.m. to August 14, 2009 at 10:30 a.m. (or to the first date and time after August 14, 2009 that is convenient to the Court).  The parties make these stipulations and requests for the reasons stated in the accompanying declaration of Lori J. Sklar.

Respectfully submitted,

Dated:  April 20, 2009                     SKLAR LAW OFFICES

By:  __/s/ Lori J. Sklar_____
LORI J. SKLAR  (SBN 170218)
SKLAR LAW OFFICES
2234 Sherwood Court
Minnetonka, MN  55305
(952) 546-1051
(952) 545-2481

LEE A. SHERMAN, Esq. (SBN 172198)
ROBERT W. THOMPSON (SBN 106411)
CALLAHAN, MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, CA  92780
Telephone:   (714) 730-5700
Facsimile:    (714) 730-1642

JONATHAN SHUB (SBN 237708)
SEEGER WEISS, LLP
1515 Market Street, Suite 1515
Philadelphia, PA 19102
Telephone (215) 564-2300
Facsimile (215) 851-8029

ATTORNEYS FOR PLAINTIFFS

Dated:  April 20, 2009                     FISH & RICHARDSON P.C.

By:  ____/s/ Nancy L. Stagg_____
       Nancy L. Stagg

FISH & RICHARDSON P.C.
Nancy L. Stagg (SBN 157034)
12390 El Camino Real
San Diego, California 92130
E-mail: Stagg@fr.com
Telephone: (858) 678-4735
Facsimile: (858) 678-5099

Attorneys for Defendant
MAXTOR CORPORATION

I, Lori J. Sklar, attest that concurrence in e-filing this Stipulation And [Proposed] Order To Enlarge Time To Hold Case Management Conference has been obtained from signatory Nancy L. Stagg.

Dated: April 20, 2009                Respectfully Submitted,

By: __/s/ Lori J. Sklar_____
LORI J. SKLAR (SBN 170218)

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the Further Case Management Conference. GOOD CAUSE APPEARING, the Further Case Management Conference previously set for May 1, 2009, is continued to August 14, 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  4/21/09

UNITED STATES DISTRICT COURT JUDGE

Sklar Law Offices
2234 Sherwood Court
Minnetonka, Minnesota 55305

# PROOF OF SERVICE

I am a resident of the State of Minnesota, over the age of eighteen years and not a party to the within action. My business address is Sklar Law Offices, 2234 Sherwood Court, Minnetonka, Minnesota 55305. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for e-mailing, mailing with United States Postal Service, facsimile, and overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 20, 2009, I caused a copy of the following document(s):

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO HOLD CASE MANAGEMENT CONFERENCE

to be served on the interested parties in this action by placing a true and correct copy thereof, as follows:

| | |
|---|---|
| Nancy L. Stagg<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, California 92130<br>E-mail:   Stagg@fr.com<br>Telephone:  (858) 678-4735<br>Facsimile:  (858) 678-5099 | Attorneys for Defendant Maxtor Corporation |

[X] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

_X_ **BY CM/ECF:** I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

I declare that I work in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 20, 2009, at Minnetonka, Minnesota.

/s/  Susan Goldstein_____
Susan Goldstein