|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>XXXXXXXXXXX ] **ORDER GRANTING STIPULATED REQUEST FOR SHORTENED BRIEFING SCHEDULE ON DISCOVERY MOTIONS**<br><br>Date:      August 4, 2009<br>Time       10:00 A.M.<br>Courtroom: 5, Fourth Floor<br><br>**The Honorable Patricia V. Trumball** |

The Court has carefully considered the parties' Stipulated Request for Shortened Briefing Schedule on Discovery Motions.  For good cause shown, the Court grants the request and adopts the proposed briefing schedule on Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, and Jody Agerton's Motion to Compel Production and on Defendant Maxtor Corporation's Motion for Protective Order as follows:

     1.    The parties' respective motions shall be filed on or before **July 7, 2009.**

     2.    The parties' oppositions to their respective motions shall be filed on or before **July 14, 2009.**

     3.    The parties' replies shall be filed on or before **July 21, 2009.**

/ / /

/ / /

4. The hearing on the parties' motions shall be set for **August 4, 2009, at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED: July 9, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 7, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/Nancy L. Stagg
Nancy L. Stagg (SBN 157034)
Attorney for Defendant Maxtor Corporation