# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>[xxxxxxxxxxx **ORDER STIPULATED REQUEST FOR ORDER ENLARGING TIME TO COMPLY WITH DISCOVERY ORDER**<br><br>Date:       NONE<br>Time         NONE<br>Courtroom:  5, Fourth Floor<br><br>**The Honorable Patricia V. Trumball** |

The Court has carefully considered the parties' stipulated Request for Order Enlarging Time to Comply with Discovery Order.  For good cause shown, the Court grants the request and adopts the proposed production schedule for Defendant Maxtor Corporation's production of the consumer information per the July 31, 2009 Order Granting in Part and Denying in Part Defendant Maxtor's Motion for Protective Order and Plaintiffs' Motion to Compel ("the Order") as follows:

1. The date for Defendant to produce the consumer contact information to the third-party administrator shall be extended from August 28, 2009 to and including September 3, 2009, provided that counsel for Plaintiffs provide counsel for Defendant with the identity of the third-party administrator selected by Plaintiffs no later than 10:00 a.m. (PDT) on September 3, 2009.

1      2.    If counsel for Plaintiffs provides counsel for Defendant the identity of the third-party administrator prior to September 3, 2009, Defendant shall produce the consumer information to the third-party administrator no later than 5 p.m. (PDT) the next business day.

3.    If counsel for Plaintiffs provides counsel for Defendant the identity of the third-party administrator after September 3, 2009, Defendant shall produce the consumer information to the third-party administrator no later than 5 p.m. PDT the next business day.

**IT IS SO ORDERED.**

DATED: August 31, 2009

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 28, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/Nancy L. Stagg
Nancy L. Stagg (SBN 157034)
Attorney for Defendant Maxtor Corporation