Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
Miriam Schimmel (SBN 185089)
mschimmel@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street
Philadelphia, PA 19107
Phone: (214) 564-2300
Fax:    (215) 851-8029

Lori Sklar (SBN 170218)
lsklar@lorisklar.com
**SKLAR LAW OFFICES**
2234 Sherwood Court
Minnetonka, MN 55305
Phone: (952) 546-1051
Fax: (952) 545-2481

Lee A. Sherman (SBN 172198)
lee_sherman@cmwlaw.net
**CALLAHAN, MCCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, CA  92780
Telephone:   (714) 730-5700
Facsimile:   (714) 730-1642

*Attorneys for Plaintiffs and all others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No.:  C06-6634 PVT<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON**<br><br>Magistrate Hon. Patricia V. Trumbull<br>Courtroom 5, 4th floor |

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiffs BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON hereby substitutes Lee A. Sherman of Callahan, Thompson, Sherman & Caudill, LLP as their counsel and attorneys of record in this matter and request approval of the same.

**FORMER ATTORNEYS**
Callahan, McCune & Willis, APLC
Lee A. Sherman
111 Fashion Lane
Tustin, California 92780
Telephone: 714-730-5700
Fax: 714-730-1642
Lee_sherman@cmwlaw.net

The law firm of Callahan, McCune & Willis, APLC is dissolving and will no longer be Plaintiffs' attorney in this matter.

**NEW ATTORNEYS**
Callahan, Thompson, Sherman & Caudill, LLP
Lee A. Sherman (SBN 172198)
111 Fashion Lane
Tustin, California 92780
Telephone: 714-730-5700
Fax: 714-730-1642
lsherman@ctsclaw.com

///

///

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634
V-6634

1

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this submission will not delay the proceedings in this matter.

DATED: 8-5-09                     _____
                                  BRIAN HEISLER

DATED: _____                  _____
                                  ROB TEMPLE

DATED: _____                  _____
                                  THOMAS TRAUB

DATED: _____                  _____
                                  JODY AGERTON


I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

DATED: 8/5/09                     CALLAHAN, McCUNE & WILLIS, APLC

                                  _____
                                  By    LEE A. SHERMAN
                                  Former Attorneys for Plaintiffs BRIAN
                                  HEISLER, ROB TEMPLE, THOMAS
                                  TRAUB, and JODY AGERTON

///

///

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634
V-6634

2

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this submission will not delay the proceedings in this matter.

DATED: _____            _____
                                BRIAN HEISLER


DATED: August 12, 2009          /s/ Rob Temple
                                _____
                                ROB TEMPLE


DATED: _____            _____
                                THOMAS TRAUB


DATED: _____            _____
                                JODY AGERTON


I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

DATED: 8/12/09                  CALLAHAN, McCUNE & WILLIS, APLC

                                _____
                                By    LEE A. SHERMAN
                                Former Attorneys for Plaintiffs BRIAN
                                HEISLER, ROB TEMPLE, THOMAS
                                TRAUB, and JODY AGERTON

///

///

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634
V-6634

2

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this submission will not delay the proceedings in this matter.

DATED: _____        _____
                              **BRIAN HEISLER**


DATED: _____        _____
                              **ROB TEMPLE**

DATED: 8/12/09                */s/ Thomas W. Traub*
                              _____
                              **THOMAS TRAUB**

DATED: _____        _____
                              **JODY AGERTON**


I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

DATED: 8/12/09                CALLAHAN, McCUNE & WILLIS, APLC

                              */s/ Lee A. Sherman*
                              _____
                              By    LEE A. SHERMAN
                              Former Attorneys for Plaintiffs BRIAN
                              HEISLER, ROB TEMPLE, THOMAS
                              TRAUB, and JODY AGERTON

///

///

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE,
THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this submission will not delay the proceedings in this matter.

DATED: _____          _____
                              **BRIAN HEISLER**


DATED: _____          _____
                              **ROB TEMPLE**


DATED: _____          _____
                              **THOMAS TRAUB**


DATED: August 13, 2009        /s/ Jody Agerton
                              **JODY AGERTON**


I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

DATED: 8/12/09                CALLAHAN, McCUNE & WILLIS, APLC

                              _____
                              By    LEE A. SHERMAN
                              Former Attorneys for Plaintiffs BRIAN
                              HEISLER, ROB TEMPLE, THOMAS
                              TRAUB, and JODY AGERTON

///

///

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634
V-6634

2

///

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

DATED: 8/12/09

CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

By LEE A. SHERMAN
Attorneys for Plaintiffs BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON

**SO ORDERED:**

DATED: 8/31/09

~~PATRICIA V. TRUMBULL~~ JEREMY FOGEL
United States District Court Judge

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS FOR BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON.
Case No. 06-CV-6634
V-6634

3