1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MAXTOR CORPORATION,<br><br>　　　　　　　Defendant. | Case No. C06-06634-JF (PVT)<br><br>[xxxxxxxxxxxx **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS C-I ATTACHED TO DECLARATION OF LORI SKLAR IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING DISTRIBUTION OF PIONEER NOTICE AND PRODUCTION OF UNREDACTED ESI PURSUANT TO THE JULY 31, 2009 COURT ORDER AND EXHIBITS C-I ATTACHED TO DECLARATION OF LORI SKLAR IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME OF HEARING DATE RE: MOTION FOR AN ORDER COMPELLING DISTRIBUTION OF PIONEER NOTICE AND PRODUCTION OF UNREDACTED ESI PURSUANT TO THE JULY 31, 2009 COURT ORDER**<br><br>Date:　　　October 20, 2009<br>Time　　　10:00 A.M.<br>Courtroom　5, Fourth Floor<br><br>**The Honorable Patricia V. Trumbull** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court has carefully considered Plaintiffs' Motion to Seal Exhibits C-I attached To Declaration Of Lori Sklar In Support Of Plaintiffs' Motion For An Order Compelling Distribution Of Pioneer Notice And Production Of Unredacted ESI Pursuant To The July 31, 2009 Court Order And Exhibits C-I Attached To Declaration Of Lori Sklar In Support Of Plaintiffs' Motion To Shorten Time Of Hearing Date Re: Motion For An Order Compelling Distribution Of Pioneer Notice And Production Of Unredacted ESI Pursuant To The July 31, 2009 Court Order.

For good cause shown, the Court grants the motion and orders that Exhibits C-I attached To Declaration Of Lori Sklar In Support Of Plaintiffs' Motion For An Order Compelling Distribution Of Pioneer Notice And Production Of Unredacted ESI Pursuant To The July 31, 2009 Court Order And Exhibits C-I Attached To Declaration Of Lori Sklar In Support Of Plaintiffs' Motion To Shorten Time Of Hearing Date Re: Motion For An Order Compelling Distribution Of Pioneer Notice And Production Of Unredacted ESI Pursuant To The July 31, 2009 Court Order be filed under seal.

**IT IS SO ORDERED.**

DATED:  October 21, 2009

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE