| | |
|---|---|
| Jonathan Shub (SBN 237708)<br>jshub@seegerweiss.com<br>Miriam Schimmel (SBN 185089)<br>mschimmel@seegerweiss.com<br>**SEEGER WEISS LLP**<br>1515 Market Street<br>Philadelphia, PA 19107<br>Phone: (214) 564-2300<br>Fax:    (215) 851-8029 | **E-Filed 1/20/2010** |

Lori Sklar (SBN 170218)
lsklar@lorisklar.com
**SKLAR LAW OFFICES**
2234 Sherwood Court
Minnetonka, MN 55305
Phone: (952) 546-1051
Fax: (952) 545-2481

Lee A. Sherman (SBN 172198)
lsherman@ctsclaw.com
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
111 Fashion Lane
Tustin, CA 92780
Telephone:  (714) 730-5700
Facsimile:   (714) 730-1642

*Attorneys for Plaintiffs and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>  vs.<br><br>MAXTOR CORPORATION,<br><br>           Defendant. | Case No.: C06-6634 PVT<br><br>**[PROPOSED]** ORDER TO STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>~~Magistrate Hon. Patricia V. Trumbull~~<br>~~Courtroom 5, 4th floor~~<br>Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

---

[PROPOSED] ORDER TO STIPULATION REGARDING BRIEFING SCHEDULE
Case No. 06-CV-6634

On January 14, 2010, Plaintiffs' Stipulation Regarding Briefing Schedule and Hearing Date for Plaintiffs' Motion for Class Certification was considered. The Court finds good cause in support of Plaintiffs' Stipulation and ORDERS as follows:

1. That Plaintiff's Motion for Class Certification be due on March 19, 2010;

2. That Defendant's Opposition to Plaintiffs' Motion for Class Certification previously filed shall be due on April 2, 2010;

2. That Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motion for Class Certification shall be due on April 9, 2010; and

3. That the hearing date for Plaintiff's Motion for Class Certification shall be [April 23, 2010] [__April 23, 2010 at 9:00 a.m.__].

Dated: 1/14/2010

_____
United States Magistrate Judge
District

[PROPOSED] ORDER TO STIPULATION REGARDING BRIEFING SCHEDULE
Case No. 06-CV-6634

1