UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>xxxxxxxxxxxx **ORDER ADOPTING STIPULATION REGARDING CONDUCT OF INSPECTION AND TESTING OF PLAINTIFFS' HARD DRIVES**<br><br>Discovery Cut Off:    August 15, 2010<br>Motion Filing Cut Off:    September 3, 2010<br>Trial Date:    November 29, 2010<br><br>**The Honorable Patricia V. Trumbull** |

Having carefully considered the parties' Stipulation Regarding Conduct of Inspection and Testing of Plaintiffs' Hard Drives, the Court adopts all the terms and procedures as set forth in the Stipulation.

**IT IS SO ORDERED.**

Dated: March 10, 2010

*Patricia V. Trumbull*
Honorable Patricia V. Trumbull
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 9, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: s/Nancy L. Stagg
    Nancy L. Stagg (SBN 157034)
    stagg@fr.com
    Attorney for Defendant Maxtor Corporation