**\*\*3/11/2010\*\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST REGARDING EXTENSION OF HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Discovery Cut Off:  August 15, 2010<br>Motion Filing Cut Off:  September 3, 2010<br>Trial Date:  November 29, 2010<br><br>**The Honorable Jeremy Fogel** |

Having carefully considered the parties' stipulation regarding the extension of the hearing date and briefing schedule on Plaintiffs' Motion for Class Certification, the Court hereby adopts the stipulation and the briefing and hearing schedule below.

**IT IS HEREBY ORDERED THAT:**

1. No later than March 5, 2010, Plaintiffs shall provide to Maxtor a complete list of Maxtor's electronically stored information Plaintiffs claim were improperly redacted by Maxtor so that the parties may conclude their meet and confer regarding this electronically stored information;

2. Plaintiffs' Motion for Class Certification shall be filed and served on May 21, 2010;

3. Maxtor's opposition to the Motion for Class Certification shall be filed and served on June 14, 2010;

4. Plaintiffs' reply to the opposition shall be filed and served on June 25, 2010; and

5. Plaintiffs' Motion for Class Certification shall be set for hearing at 9:00 a.m. on July 9, 2010.

**IT IS SO ORDERED.**

DATED: March 8, 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE