**E-Filed 5/17/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST REGARDING EXTENSION OF HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Expert Discovery Cut Off:  August 15, 2010<br>Motion Filing Cut Off:  September 3, 2010<br>Trial Date:  November 29, 2010<br><br>**The Honorable Jeremy Fogel** |

1 Having carefully considered the parties' stipulation regarding the extension of the hearing
2 date and briefing schedule on Plaintiffs' Motion for Class Certification, the Court hereby adopts the
3 stipulation and the schedule below.

4 **IT IS HEREBY ORDERED THAT:**

5 1. Plaintiffs' Motion for Class Certification is due on June 18, 2010;

6 2. Defendant Maxtor Corporation's opposition is due on July 12, 2010;

7 3. Plaintiffs' reply is due on July 23, 2010.

8 4. Plaintiffs' Motion will be heard at 9:00 a.m. on August 6, 2010, or at a later date
9 convenient for the Court.

10 5. The fact discovery cut-off date is August 6, 2010.

11 **IT IS SO ORDERED.**

12 DATED: May 17, 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE