**E-Filed 6/21/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. C06-06634-JF (PVT)<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION AND EXTENSION OF CASE MANAGEMENT DATES<br><br>Expert Discovery Cut Off:<br>Motion Filing Cut Off:<br>Trial Date:<br><br>**The Honorable Jeremy Fogel** |

Having carefully considered the parties' Stipulated Request for Extension of Briefing and Hearing Schedule on Motion for Class Certification and Extension of Case Management Dates, the Court hereby approves the Request and adopts the dates below.

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion for class certification is due to be filed and served on August 27, 2010;

2. Defendant Maxtor Corporation's opposition is due to be filed and served on September 20, 2010;

3. Plaintiffs' reply is due to be filed and served on October 1, 2010;

4. Plaintiffs' motion for class certification will be heard at 9:00 a.m. on October 15, 2010;

5. The deadline for expert disclosures is September 1, 2010;

6. The fact discovery cut-off is October 15, 2010;

7. The expert discovery cut-off is October 18, 2010;

8. The deadline for filing dispositive motions is November 5, 2010;

9. The trial is set for 9:00 a.m. on January 31, 2011.

This is the last extension granted with respect to Plaintiffs' class certification motion briefing and hearing schedule.

**IT IS SO ORDERED.**

DATED: June 21, 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE