# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MAXTOR CORPORATION,<br><br>　　　　　Defendant. | Case No. C06-06634-JF (PVT)<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF BRIEFING AND HEARING SCHEDULE ON MOTION FOR CLASS CERTIFICATION AND EXTENSION OF CASE MANAGEMENT DATES<br><br>Date:　　　August 20, 2010<br>Time　　　10:00 A.M.<br>Courtroom:　3, Fifth Floor<br><br>**The Honorable Jeremy Fogel** |

1    Having carefully considered Plaintiffs' Motion to Enlarge Time and Defendant Maxtor
2    Corporation's opposition, the Court hereby adopts the dates below.
3    **IT IS HEREBY ORDERED THAT:**
4    1.   Plaintiffs' motion for class certification is due to be filed and served on September
5    ~~17,~~ 24, 2010;
6    2.   Defendant Maxtor Corporation's opposition is due to be filed and served on October
7    ~~12,~~ 19, 2010;
8    3.   Plaintiffs' reply is due to be filed and served on October 22, ~~2010~~ 29, 2010;
9    4.   Plaintiffs' motion for class certification will be heard at 9:00 a.m. on November ~~5,~~ 12,
10   2010;
11   5.   The deadline for expert disclosures and expert reports is November 16, 2010;
12   6.   The fact and expert discovery cut-off is December 3, 2010;
13   7.   The deadline for filing dispositive motions is December 17, 2010;
14   8.   The trial is set for 9:00 a.m. on January 31, 2011.
15       No further extensions will be granted with respect to Plaintiffs' class certification motion
16   briefing and hearing schedule.
17   **IT IS SO ORDERED.**
18   DATED: August 23, 2010

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE