**E-Filed 11/22/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. 5:06-cv-06634-JF (PVT)<br><br>ORDER[1] VACATING TRIAL DATE |

In light of the need to complete briefing on the motions for summary judgment and class certification, the Court will vacate the trial date of January 31, 2011. Counsel shall coordinate a new briefing schedule for all outstanding motions and contact the Court for a new hearing date.

## IV. ORDER

Accordingly, the trial date of January 31, 2011 is vacated.

**IT IS SO ORDERED.**

DATED: November 22, 2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.