# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAXTOR CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. C06-06634-JF (PVT)<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OBJECTIONS TO DECLARATIONS OF ALBERT WALLASH AND DAVID COCHRAN AND EXHIBITS TO THE DECLARATION OF LEE A. SHERMAN**<br><br>Date:　　　November 12, 2010<br>Time　　　9:00 a.m.<br>Courtroom　3, Fifth floor<br>**The Honorable Jeremy Fogel** |

The Court has carefully considered Plaintiffs' Motion to Seal Plaintiffs' Objections To Declarations Of Albert Wallash And David Cochran And Exhibits To The Declaration Of Lee A. Sherman, Filed On October 29, 2010.  For good cause shown, the Court grants the motion and orders that Plaintiffs' Objections To Declarations Of Albert Wallash And David Cochran And Exhibits To The Declaration Of Lee A. Sherman, Filed On October 29, 2010, be sealed.

**IT IS SO ORDERED.**

DATED:　11/10/10　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OBJECTIONS TO
DECLARATIONS OF ALBERT WALLASH AND DAVID COCHRAN AND EXHIBITS
Case No. C06-06634-JF (PVT)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 29, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: /s/ Lori Sklar
Lori Sklar (SBN 170218)
Attorney for Plaintiffs