1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>MAXTOR CORPORATION,<br><br>            Defendant. | Case No. C06-06634-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF DEADLINES FOR EXPERT DISCLOSURES, EXPERT REPORTS, AND EXPERT DISCOVERY CUT-OFF**<br><br>Expert Discovery Cut Off:<br>Motion Filing Cut Off:   December 17, 2010<br>Trial Date:                   January 31, 2010<br><br>**The Honorable Jeremy Fogel** |

Having carefully considered the parties' Stipulated Request for Extension of Deadlines for Expert Disclosures, Expert Reports, and Expert Discovery Cut-Off, the Court hereby approves the Request and adopts the dates below.

**IT IS HEREBY ORDERED THAT:**

1. The deadline to produce the initial expert disclosures and expert reports is extended from November 16, 2010 to either six court days after the Court issues a ruling on Plaintiffs' Motion for Class Certification or December 8, 2010, whichever occurs first; and

2. The expert discovery cut-off date is extended from December 3, 2010 to forty calendar days after the deadline to produce the initial expert disclosures and reports.

**IT IS SO ORDERED.**

DATED:  November 23, 2010          /s/
                                                       JEREMY FOGEL
                                                       UNITED STATES DISTRICT JUDGE