1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>MAXTOR CORPORATION,<br><br>             Defendant. | Case No. C06-06634-JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR APPROVAL OF BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND FOR DISMISSAL WITH PREJUDICE**<br><br>Discovery Cut Off:           December 3, 2010<br>Motion Filing Cut Off:     December 17, 2010<br>Trial Date:                       Vacated<br><br>**The Honorable Jeremy Fogel** |

1   Having carefully considered the parties' Stipulated Request for Approval of Briefing and
2   Hearing Schedule for Plaintiffs' Renewed Motion for Class Certification and Defendant's Motions
3   for Summary Judgment and for Dismissal with Prejudice, the Court hereby approves the Request
4   and adopts the dates below.

5   **IT IS HEREBY ORDERED AS FOLLOWS:**

6   1.   Plaintiffs' Renewed Motion for Class Certification and Defendant's Motions for
7   Summary Judgment and for Dismissal with Prejudice shall be filed on or before December 17,
8   2010;

9   2.   Plaintiffs' Oppositions to Defendant's Motions for Summary Judgment and for
10  Dismissal with Prejudice and Defendant's Opposition to Plaintiffs' Renewed Motion for Class
11  Certification shall be filed on or before January 7, 2011;

12  3.   Plaintiffs' Reply in Support of the Renewed Motion for Class Certification and
13  Defendant's Replies in Support of Motions for Summary Judgment and for Dismissal with
14  Prejudice shall be filed on or before January 14, 2011; and

15  4.   Plaintiffs' Renewed Motion for Class Certification and Defendant's Motions for
16  Summary Judgment and for Dismissal with Prejudice shall be heard at 9:00 a.m. on January 28,
17  2011.

18  **IT IS SO ORDERED.**

19  DATED:   ~~November~~ December 13, 2010

    JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   The undersigned hereby certifies that a true and correct copy of the above and foregoing
3   document has been served on November 29, 2010 to all counsel of record who are deemed to have
4   consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will
5   be served by electronic mail, facsimile and/or overnight delivery.

6

7                         By: */s/ Nancy L. Stagg*
                                Nancy L. Stagg (SBN 157034)
8                               Attorney for Defendant Maxtor Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
[PROPOSED] ORDER GRANTING STIPULATED REQUEST
Case No. C06-06634-JF (PVT)