# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MAXTOR CORPORATION,<br><br>    Defendant. | Case No. C06-06634-JF (PSG)<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF THE FILING DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF RENEWED MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND FOR DISMISSAL WITH PREJUDICE<br><br>Date:         None required<br>Time          None required<br>Courtroom:    3, Fifth Floor<br><br>The Honorable Jeremy Fogel |

1  Having carefully considered the parties' Stipulated Request for Extension of the Filing
2  Deadline for Plaintiffs' Reply in Support of the Renewed Motion for Class Certification and
3  Defendant's Reply in Support of Motions for Summary Judgment and for Dismissal with Prejudice,
4  the Court hereby GRANTS the Request.

5  IT IS HEREBY ORDERED THAT the filing deadline for Plaintiffs' Reply in Support of
6  the Renewed Motion for Class Certification and for Defendant's Reply in Support of Motions for
7  Summary Judgment and for Dismissal with Prejudiceand any supporting papers or related
8  administrative motions be extended from January 14, 2011 to January 18, 2011.

9  IT IS SO ORDERED.

11  DATED:  January _25, 2011

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE