**E-Filed 1/26/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, AND JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    vs.<br><br>MAXTOR CORPORATION,<br><br>    Defendant. | Case No.: C06-6634 PVT<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY<br><br>DATE:    January 28, 2011<br>TIME:    9:00 a.m.<br>Courtroom:    3, Fifth floor<br>The Honorable Jeremy Fogel |

Upon Plaintiffs Brian Heisler, Rob Temple, Thomas Traub, and Jody Agerton, request for one of their counsel, Lori Sklar, to appear telephonically at Plaintiffs' renewed motion for class certification and Defendant's motion for summary judgment and dismissal set for Friday, January 28, 2011, at 9:00 a.m., and for good cause appearing, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that Plaintiff's request is granted and Ms. Sklar may appear telephonically for the January 28, 2011 hearing.

DATED: January 26, 2011

_____
JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
Case No. C06-06634-JF (PVT)