\*\*E-Filed 1/27/2011\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN HEISLER, ROB TEMPLE, THOMAS TRAUB, and JODY AGERTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAXTOR CORPORATION,<br><br>Defendant. | Case No. 5:06-cv-06634-JF (PSG)<br><br>ORDER[1] GRANTING MOTION TO SHORTEN TIME<br><br><br>[Re: Docket No. 208] |

The parties have asked the Court to shorten time for hearing on Plaintiffs' motion for relief from the case management schedule. All moving papers have been filed. Good cause therefor appearing, the parties' request is GRANTED. Oral argument on Plaintiffs' motion will be heard on January 28, 2011.

**IT IS SO ORDERED.**

DATED: January 27, 2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.